**FILED**
CLERK, U.S. DISTRICT COURT
1/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Bartolome Sacor-Quiej aka Carlos Campos<br>DEFENDANT(S). | CASE NUMBER **8:22-mj-00058-DUTY**<br>~~20-cr-00989-WQH-1~~<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Federal Probation Violation Petition**
in the **SOUTHERN** District of **California** on **10/28/2021**
at **12:11** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **September/2021**
in violation of Title **18** U.S.C., Section(s) **3583**
to wit: _____

A warrant for defendant's arrest was issued by: **The Honorable William Q Hayes**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **1/20/2022**
                Date

*[signature]*
Signature of Agent

**ADRIAN BRAVO**
Print Name of Agent

**USMS**
Agency

**Deputy U.S. Marshal**
Title

---

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT